**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01006-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ANTHONY LOLIN JIMENEZ, SR.,

       Petitioner,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
RICK RAEMISCH (Exec. Dir.),
CROWLEY COUNTY CORRECTIONAL FACILITY, and
MICHAEL MILLER (Warden),

       Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

      Petitioner, a Colorado state prisoner, has submitted to the court an Application

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1).  As part of the

court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined the

document is deficient as described in this order.  Petitioner will be directed to cure the

following if he wishes to pursue his claims.  Any papers that Petitioner files in response

to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  <u>xx</u>    is not submitted
(2)  <u>  </u>    is missing affidavit
(3)  <u>  </u>    is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4)  <u>xx</u>    is missing certificate showing current balance in prison account
(5)  <u>  </u>    is missing required financial information
(6)  <u>  </u>    is missing authorization to calculate and disburse filing fee payments

(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form (must use the court's current form)
(9)   __   names in caption do not match names in caption of complaint, petition or
           habeas application
(10)  xx   other: <u>motion and supporting documents are necessary only if $5.00 filing
           fee is not paid in advance</u>.

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  xx   is not on proper form (<u>must use the form approved for use in the District of
           Colorado</u>)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. ___
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A.
           Parties" of complaint, petition or habeas application
(18)  __   other: _____.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Petitioner files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED May 14, 2015, at Denver, Colorado.

2

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge